UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-cv-61162-MGC

LISA BUCK, MICHAEL MARCHENA,
MARIO DE ARMAS, JACOB DE ARMAS,
GLENN GAVIC, JUSTIN KOWALSKY,
and other similarly situated individuals,

Plaintiffs,

v.

CLUB FIT FT. LAUDERDALE, INC. d/b/a The Zoo
Health Club of Fort Lauderdale, GIL KHRON, and
DENNIS OKUNYADE,

Defendants.
_____

### DEFENDANTS' ANSWER TO AMENDED COMPLAINT

Defendants hereby file their Answer to the Plaintiffs' Amended Complaint.

1. Admit that paragraph one is Plaintiffs' characterization of the lawsuit.

2. Admit that the Court has jurisdiction over Defendants Club Fit and Gil Khron; deny jurisdiction over Defendant Dennis Okunyade.

3. Admit paragraph three.

4. Deny paragraph four.

5. Deny paragraph five.

6. Deny paragraph six.

7. Defendants repeat their responses to paragraphs one though six as if fully set out in full herein.

8. Admit that paragraph eight is Plaintiff's characterization of this action.

9. Admit paragraph nine.

10. Admit paragraph 10.

11. Admit paragraph 11.

12. Admit paragraph 12.

13. Deny paragraph 13.

14. Deny paragraph 14.

15. Deny paragraphs 15 through 24.

16. Admit paragraph 25.

17. Admit that Mario De Armas was employed, but deny the remainder of paragraph 26.

18. Admit that Mario De Armas was employed, but deny the remainder of paragraph 27.

19. Admit paragraph 28 is Mario De Armas' characterization of this Count.

20. Deny paragraph 29.

21. Admit paragraph 30.

22. Admit that Jacob De Armas was employed, but deny the reminder of paragraph 31.

23. Admit that Jacob De Armas was employed but deny the remainder of paragraph 32.

24. Admit paragraph 33 is Jacob De Armas' characterization of this Count.

25. Deny paragraph 34.

26. Admit paragraph 35.

27. Admit that Mr. Gavic was employed, but deny the remainder of paragraph 36.

28. Admit that Mr. Gavic was employed, but deny the remainder of paragraph 37.

29. Admit paragraph 38 is Mr. Gavic's characterization of this Count.

30. Deny paragraph 39.

31. Deny paragraphs 40 through 47.

32. Defendants do not have sufficient information to either admit or deny paragraph 48.

33. In response to paragraph 49, Defendants repeat their responses to paragraphs one though 48 as if fully set out in full herein.

34. Deny paragraph 50.

35. Deny paragraph 51.

36. Deny paragraph 52.

37. Defendants do not have sufficient information to either admit or deny paragraph 53.

38. In response to paragraph 54, Defendants repeat their responses to paragraphs one though 48 as if fully set out in full herein.

39. Deny paragraph 55.

40. Deny paragraph 56.

41. Deny paragraph 57.

42. Defendants do not have sufficient information to either admit or deny paragraph 58.

43. In response to paragraph 59, Defendants repeat their responses to paragraphs one though six as if fully set out in full herein.

44. Deny paragraphs 60 through 65.

45. Admit that Mr. M. De Armas was employed, but deny the remainder of paragraph 66.

46. Deny paragraphs 67 and 68.

47. Admit that Mr. J. De Armas was employed, but deny the remainder of paragraph 69.

48. Deny paragraphs 70 and 71.

49. Admit that Mr. Gavic was employed, but deny the remainder of paragraph 72.

50. Deny paragraphs 73 through 77.

51. Defendants do not have sufficient information to either admit or deny paragraph 78.

## AFFIRMATIVE DEFENSES

1. Plaintiffs fail to state a claim upon which relief can be granted against Defendants.

2. Defendant Okunyade is not an employer within the meaning of the Fair Labor Standards Act.

3. Plaintiffs Buck and Kowalsky were exempt from the requirements of the FLSA.

4. Plaintiffs Buck, Marchena and Kowalsky were not employees of the Defendant.

5. Plaintiffs did not work for all of the time that they assert that they worked for the Defendants.

6. Defendants did not permit or suffer any overtime allegedly worked by the Plaintiffs.

Respectfully submitted,

_____/s/_____
Stanley Kiszkiel
Florida Bar No. 731153

Stanley Kiszkiel, P.A.
9000 Sheridan Street, Suite 94
Pembroke Pines, Florida 33024
(954) 862-2288
(954) 862-2287 (fax)
sklaw@kiszkiellaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on counsel for the Plaintiffs, listed below, through the Court's CM/ECF filing system, this 14th day of July 2015.

>R. Martin Saenz, Esq.
>Ria Nikki Chattergoon, Esq.
>Saenz &Anderson, PLLC
>20900 NE 30th Ave., Ste. 800
>Aventura, FL 33180
>*msaenz@saenzanderson.com*
>*ria@saenzanderson.com*

>_____/s/_____
>Stanley Kiszkiel